# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00757-KAJ
#### Internal Use Only

Toshiba Corporation v. Cyberhome Entertainment Inc.
Assigned to: Honorable Kent A. Jordan
Cause: 35:271 Patent Infringement

Date Filed: 10/31/2005
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Toshiba Corporation**     represented by **Steven J. Balick**
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
Email: sbalick@ashby-geddes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lauren E. Maguire**
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
Email: lmaguire@ashby-geddes.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Cyberhome Entertainment Inc.**     represented by **John W. Shaw**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Email: jshaw@ycst.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lauren E. Maguire**
(See above for address)

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/31/2005 | 1 | COMPLAINT filed with Jury Demand against Cyberhome Entertainment Inc. - Magistrate Consent Notice to Pltf. ( Filing fee $ 250, receipt number 141045.) - filed by Toshiba Corporation. (Attachments: # 1 Civil Cover Sheet # 2 Acknowledgement of Consent Form)(mwm, ) Additional attachment(s) added on 10/31/2005 (mwm, ). (Entered: 10/31/2005) |
| 10/31/2005 | | Summons Issued as to Toshiba Corporation on 10/31/2005. (mwm, ) (Entered: 10/31/2005) |
| 10/31/2005 | 2 | Report to the Commissioner of Patents for Patent Number(s) 5,587,991; 5,732,185; 6,009,433; 6,128,434; 6,226,727. (mwm, ) (Entered: 10/31/2005) |
| 10/31/2005 | 3 | SUMMONS Returned Executed by Toshiba Corporation. Cyberhome Entertainment Inc. served on 10/31/2005, answer due 11/21/2005. (Day, John) (Entered: 10/31/2005) |
| 11/01/2005 | 4 | Disclosure Statement pursuant to Rule 7.1 filed by Toshiba Corporation. (Balick, Steven) (Entered: 11/01/2005) |
| 11/09/2005 | | Case assigned to Judge Kent A. Jordan. Please include the initials of the Judge (KAJ) after the case number on all documents filed. (rjb, ) (Entered: 11/09/2005) |
| 11/21/2005 | 5 | MOTION for Extension of Time to File Response/Reply as to 1 Complaint, *Stipulation and Order* - filed by Cyberhome Entertainment Inc.. (Shaw, John) (Entered: 11/21/2005) |
| 11/22/2005 | | SO ORDERED, re 5 MOTION for Extension of Time to File Response/Reply as to 1 Complaint. Set/Reset Answer Deadlines: Cyberhome Entertainment Inc.: answer due 12/21/2005. Signed by Judge Kent A. Jordan on 11/22/05. (rwc, ) (Entered: 11/22/2005) |
| 12/21/2005 | 6 | MOTION for Pro Hac Vice Appearance of Attorney Laura A. Wytsma, Joel N. Bock, and Steven Lubezny - filed by Cyberhome Entertainment Inc.. (Attachments: # 1 Text of Proposed Order Proposed Order# 2 Supplement Certification of Laura A. Wytsma# 3 Supplement Certification of Joel N. Bock# 4 Supplement Certification of Steven Lubezny# 5 Supplement Certificate of Service)(Shaw, John) (Entered: 12/21/2005) |
| 12/21/2005 | 7 | Disclosure Statement pursuant to Rule 7.1 filed by Cyberhome Entertainment Inc. identifying CyberHome Holding Shares, LTD as Corporate Parent. (Shaw, John) (Entered: 12/21/2005) |
| 12/21/2005 | 8 | MOTION to Dismiss Based upon Cyberhome Entertainment, Inc's Motion to Dismiss or Transfer Venue or Alternatively to Stay the Case - filed by Cyberhome Entertainment Inc.. (Shaw, John) (Entered: 12/21/2005) |

| | | |
|---|---|---|
| 12/21/2005 | 9 | OPENING BRIEF in Support re 8 MOTION to Dismiss Based upon Cyberhome Entertainment, Inc's Motion to Dismiss or Transfer Venue or Alternatively to Stay the Case filed by Cyberhome Entertainment Inc..Answering Brief/Response due date per Local Rules is 1/6/2006. (Attachments: # 1 Supplement Unreported Authorities Part 1 of 4# 2 Supplement Unreported Authorities Part 2 of 4# 3 Supplement Unreported Authorities Part 3 of 4# 4 Supplement Unreported Authorities Part 4 of 4)(Shaw, John) (Entered: 12/21/2005) |
| 12/21/2005 | 10 | DECLARATION re 9 Opening Brief in Support,,, 8 MOTION to Dismiss Based upon Cyberhome Entertainment, Inc's Motion to Dismiss or Transfer Venue or Alternatively to Stay the Case *Exhbits A - E* by Cyberhome Entertainment Inc.. (Shaw, John) (Entered: 12/21/2005) |
| 12/21/2005 | 11 | DECLARATION re 8 MOTION to Dismiss Based upon Cyberhome Entertainment, Inc's Motion to Dismiss or Transfer Venue or Alternatively to Stay the Case, 9 Opening Brief in Support,, by Cyberhome Entertainment Inc.. (Attachments: # 1 Supplement Exhibit A part 1 of 3 to James J. Carroll Declaration# 2 Supplement Exhibit A part 2 of 3 to James J. Carroll Declaration# 3 Supplement Exhibit A part 3 of 3 to James J. Carroll Declaration# 4 Supplement Exhibit B to James J. Carroll Declaration)(Shaw, John) (Entered: 12/21/2005) |
| 01/03/2006 | | SO ORDERED, re 6 MOTION for Pro Hac Vice Appearance of Attorney Laura A. Wytsma, Joel N. Bock, and Steven Lubezny filed by Cyberhome Entertainment Inc., . Signed by Judge Kent A. Jordan on 1/3/06. (rwc, ) (Entered: 01/03/2006) |
| 01/06/2006 | 12 | STIPULATION TO EXTEND TIME by which Toshiba shall respond to Cyberhome's motion to dismiss or transfer venue or alternatively to stay the case (D.I. 8) to January 13, 2006 - filed by Toshiba Corporation, Cyberhome Entertainment Inc.. (Maguire, Lauren) (Entered: 01/06/2006) |
| 01/09/2006 | | SO ORDERED, re 12 STIPULATION TO EXTEND TIME by which Toshiba shall respond to Cyberhome's motion to dismiss or transfer venue or alternatively to stay the case (D.I. 8) to January 13, 2006 filed by Toshiba Corporation,, Cyberhome Entertainment Inc. Reset Briefing Schedule: Answering Brief due 1/13/2006.. Signed by Judge Kent A. Jordan on 1/9/06. (rwc, ) (Entered: 01/09/2006) |
| 01/13/2006 | 13 | STIPULATION TO EXTEND TIME to respond to Cyberhome's motion to dismiss or transfer venue to January 18, 2006 - filed by Toshiba Corporation. (Balick, Steven) (Entered: 01/13/2006) |
| 01/13/2006 | | SO ORDERED, re 13 STIPULATION TO EXTEND TIME to respond to Cyberhome's motion to dismiss or transfer venue to January 18, 2006 filed by Toshiba Corporation. Reset Briefing Schedule: Answering Brief due 1/18/2006. Signed by Judge Kent A. Jordan on 1/13/06. (rwc, ) (Entered: 01/13/2006) |
| 01/18/2006 | 14 | STIPULATION TO EXTEND TIME to respond to Cyberhome's motion to dismiss or transfer venue to January 25, 2006 - filed by Toshiba Corporation. (Balick, Steven) (Entered: 01/18/2006) |

| 01/19/2006 | | SO ORDERED, re 14 STIPULATION TO EXTEND TIME to respond to Cyberhome's motion to dismiss or transfer venue to January 25, 2006 filed by Toshiba Corporation. Reset Briefing Schedule: Answering Brief due 1/25/2006.. Signed by Judge Kent A. Jordan on 1/19/06. (rwc, ) (Entered: 01/19/2006) |
|---|---|---|
| 01/25/2006 | 15 | STIPULATION regarding transfer of venue to the U.S. District Court for the Southern District of New York, by Toshiba Corporation, Cyberhome Entertainment Inc.. (Balick, Steven) (Entered: 01/25/2006) |
| 01/26/2006 | 16 | SO ORDERED, re 15 Stipulation to Transfer Case to USDC/SDNY - terminated 8 MOTION to Dismiss or Alternatively to Stay the Case filed by Cyberhome Entertainment Inc. Signed by Judge Kent A. Jordan on 1/26/06. (rwc, ) Additional attachment(s) added on 1/27/2006 (rwc, ). (Entered: 01/26/2006) |
| 01/27/2006 | 17 | Letter dated 1/27/06 to Clerk, USDC/SDNY from Clerk, USDC/DE regarding tranfer of case to SDNY. (rwc, ) (Entered: 01/27/2006) |
| 01/27/2006 | | Case transferred to USDC/SDNY. Certified copy of transfer order, and docket sheet sent. (rwc, ) (Entered: 01/27/2006) |

CERTIFIED: 1/27/06
AS A TRUE COPY:
 ATTEST:
 PETER T. DALLEO, CLERK
BY _Renee_
  Deputy Clerk